# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      vs.<br><br>JACKSON WILLIAMS,<br><br>                Defendant. | 8:19CR40<br><br>ORDER |

This matter is before the court on the oral motion of Assistant Federal Public Defender Karen M. Shanahan and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Jackson Williams. Karen M. Shanahan's and the Office of the Federal Public Defender's oral motion to withdraw is granted.

Michael D. Gooch, 7215 North 162nd Street, Bennington, Nebraska 68007, (402) 333-0722, is appointed to represent Jackson Williams for the balance of these proceedings pursuant to the Criminal Justice Act. Karen M. Shanahan shall forthwith provide Michael D. Gooch with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Shanahan which are material to Mr. Williams's defense.

The clerk shall provide a copy of this order to Michael D. Gooch.

**IT IS SO ORDERED.**

Dated this 22nd day of August, 2019.

                                              BY THE COURT:

                                              s/ Susan M. Bazis<br>
                                              United States Magistrate Judge