IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19CR40 |
| vs. | |
| JACKSON WILLIAMS, | ORDER |
| Defendant. | |

This matter is before the Court on Defendant Jackson Williams' Motion to Review Detention. (Filing No. 44.) The government objects to Defendant's pretrial release. (Filing No. 45 at CM/ECF p. 2.)

Pursuant to 18 U.S.C. § 3164(b), "trial of any person [detained] shall commence not later than ninety days following the beginning of such continuous detention or designation of high risk by the attorney for the Government." Under 18 U.S.C. § 3164(c), "[f]ailure to commence trial of a detainee as specified in subsection (b), through no fault of the accused or his counsel, or failure to commence trial of a designated releasee as specified in subsection (b), through no fault of the attorney for the Government, shall result in the automatic review by the court of the conditions of release."

Defendant contends that review of his conditions of release is required by 18 U.S.C. § 3164(c). This argument has no merit. All continuances granted in this case were at the request of Defendant's counsel or the result of motions filed by Defendant, including Defendant's request for new counsel.

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Review Detention ([Filing No. 44](Filing No. 44)) is denied.

Dated this 9th day of October, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge