IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19CR40 |
| v. | |
| JACKSON WILLIAMS, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Jackson Williams's ("Williams") Motion for Leave to Appeal In Forma Pauperis (Filing No 145). Because Williams is entitled to proceed on appeal in forma pauperis without further authorization pursuant to Federal Rule of Appellate Procedure Rule 24(a)(3), the motion is granted.

IT IS SO ORDERED.

Dated this 3rd day of November 2020.

BY THE COURT:

*Robert F. Rossiter, Jr.* (signature)

Robert F. Rossiter, Jr.
United States District Judge