IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JACKSON WILLIAMS,<br><br>  Defendant. | 8:19CR40<br><br>JUDGMENT |

In accordance with the Memorandum and Order entered today (Filing No. 184), judgment is entered in favor of the United States of America and against Jackson Williams.

Dated this 17th day of April 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge